UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Alexander V. Brown | Case Number 07-12746-JNF<br>Chapter 13 |
|---|---|

**MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 FOR RELIEF FROM THE AUTOMATIC STAY**

*Premises identified as:* 31 Downer Avenue, Dorchester, MA  02125

To the Honorable Judge Feeney:

The Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF September 1, 2006 ("Deutsche Bank") respectfully represents:

1. This is a proceeding for relief from the automatic stay of 11 USC Sec. 362(d)(1) and (d)(2).

2. Deutsche Bank maintains a principal place of business at .

3. The debtor is the owner and mortgagor of a certain parcel of real estate known and numbered as *31 Downer Avenue, Dorchester, MA*.  This property is encumbered by a first mortgage given by debtor to Argent Mortgage Company.  The mortgage is dated July 14, 2006 and was recorded in the Suffolk County Registry of Deeds in Book 40001, Page 103. Deutsche Bank now holds the mortgage via assignment.

4. Said mortgage is now in default by reason of failure of payment of principal, interest and late fees.  A copy of the original mortgage is annexed hereto and marked <u>Exhibit A</u>.

5. In compliance with United States Bankruptcy Court, District of Massachusetts Local Rule 4001-1, the following information is provided to this Court:

    a. the debtor's Chapter 13 Petition was filed on May 2, 2007.

    b. the total sum now due your Movant is approximately $359,000.00 with interest through August 13, 2007.

    c. the Debtor's Chapter 13 Plan has not been confirmed.

    d. the monthly payment due on the mortgage is currently $2,464.07.

    e. as of the date of this Motion, the total of outstanding post petition payments is $7,392.21 (June 1, 2007 through August 1, 2007 @ $2,464.07/month ). In addition, late charges of $127.48 are due. The total post-petition arrearage is $7,519.69, plus attorney fees.[1] It is anticipated that as of the date of the hearing no further payments will be made.

    f. As stated above, Deutsche Bank is the current holder of the mortgage.

    g. The pre-petition arrearage at the time this action was filed was approximately $4,515.41.

6. Upon information and belief, this property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
|---|---|---|---|
| Deutsche Bank | 1st Mortgage | $359,000.00 | n/a |

    Total:    $359,000.00

7. According to the Debtor's Schedules the fair market value of the property is $420,000.00. For purposes of this motion, it is Movant's opinion that the liquidation value of the premises is $392,384.80 calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($1,915.20) and anticipated closing costs incurred for a real estate closing ($500.00).

8. Your Petitioner believes that the debtor has some equity in the property based upon the above sums due your Movant of approximately $359,000.00, and the liquidation value of the premises as stated above.

9. There is no other collateral securing debtor's obligation to Deutsche Bank.

10. This Motion is brought for cause under 11 U.S.C. Sec. 362(d)(1) and under 11 U.S.C. Sec. 362(d)(2) given that what equity protection Deutsche Bank may have is eroding, the debtor has failed to stay current on her post petition payments, and the property is not necessary to an effective reorganization. Accordingly, Deutsche Bank requests that this Court allow Deutsche Bank relief from the automatic stay in order to proceed with its applicable rights and remedies, including but not limited to a foreclosure sale on the premises and an eviction proceeding should Deutsche Bank, or its successor in interest, become the successful bidder at a foreclosure sale.

**WHEREFORE**, Deutsche Bank requests that the Court:

    (1) grant Deutsche Bank relief from the section 362 automatic stay, the section 1301 co-debtor stay and the stay imposed by Bankruptcy Procedure 4001(a)(3)

---

[1] As of the date of this motion, Deutsche Bank has incurred approximately $650.00 in attorney fees and $155.00 in attorney costs in connection with this motion. This amount will increase if counsel for Deutsche Bank performs additional services for Deutsche Bank in connection with this motion.

       for the purpose of exercising its various non-bankruptcy rights and remedies including without limitation:

    i. taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
    ii. taking such action as may be necessary to evict the debtor(s) and/or any occupant from the Property.

    (2) order such other and further relief as may be just and proper.

In accordance with Local Rules, your Petitioner requests that this Motion be allowed without a hearing unless an objection is timely filed.

DATED: August 13, 2007

                Respectfully submitted:

                DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF September 1, 2006,
                by its Attorney:

                /s/ Victor Manougian
                Victor Manougian, Esquire
                Korde & Associates
                321 Billerica Road, Suite 210
                Chelmsford, MA. 01824
                Tel: 978-256-1500
                BBO# 547808

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

**ORDER ON DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

At Boston in said District, on the          day of                    , 2007, on the Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF September 1, 2006 ("Deutsche Bank") after notice to all parties on the Petitioner's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Deutsche Bank is granted Relief from the Automatic Stay imposed pursuant to 11 USC 362(a) on the filing of the Petition for Relief.

2. Deutsche Bank and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and federal law, including but not limited to a foreclosure of a mortgage on real estate located at *31 Downer Avenue, Dorchester, MA,* which mortgage the Debtor executed to Argent Mortgage Company. The mortgage is dated July 14, 2006 and is recorded in the Suffolk County Registry of Deeds in Book 40001, Page 103. Further, Deutsche Bank is authorized to proceed with its eviction rights with respect to such Property should Deutsche Bank, or its successor in interest, become the successful bidder at a foreclosure sale.

3. If any excess proceeds are realized as a result of the foreclosure sale, Deutsche Bank Mortgage Services, Inc. shall supply the Debtor and the Chapter 13 Trustee with a complete accounting.

_____
Honorable Judge Joan N. Feeney
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Alexander V. Brown | Case Number 07-12746-JNF<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Victor Manougian, Attorney for **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF September 1, 2006** hereby certify that on August 13, 2007 I electronically filed the foregoing *Motion for Relief and Proposed Order Granting Relief* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

| | | |
|---|---|---|
| Alexander V. Brown<br>126 Msgr. Lyden Way<br>Dorchester, MA  02124 | Alexander V. Brown<br>31 Downer Ave<br>Dorchester, MA 02125 | City of Boston<br>Office of theTax Collector<br>City Hall Plaza<br>Boston, MA 02201 |

/s/ Victor Manougian
Victor Manougian, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500