UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION FOR RELIEF FROM STAY

    NOW COMES Alexander V. Brown, debtor, and objects to the motion of Deutsch Bank, etc., for relief from the automatic stay.  In support of this objection, the debtor states as follows:

1. Admitted.
2. As this is an incomplete sentence, it is denied.
3. Admitted.
4. Admitted, except that the document attached to the motion is incomplete.
5. The debtor responds to the sub-paragraphs as follows:
   a. Admitted; an amended plan was filed, also.
   b. The debtor lacks knowledge or information sufficient to respond. Deutsche Bank does not appear to have filed a Proof of Claim.  To the extent that this allegation would constitute an informal proof of claim, the debtor objects and requests that the Bank be required to provide his counsel with a complete accounting of the loan.
   c. Admitted.
   d. The debtor lacks knowledge or information sufficient to respond. Deutsche Bank does not appear to have filed a Proof of Claim.  To the extent that this allegation would constitute an informal proof of claim, the debtor objects and requests that the Bank be required to provide his counsel with a complete accounting of the loan.
   e. The debtor lacks knowledge or information sufficient to respond. Deutsche Bank does not appear to have filed a Proof of Claim.  To the extent that this allegation would constitute an informal proof of claim, the debtor objects and requests that the Bank be required to provide his counsel with a complete accounting of the loan.
   f. Denied because no assignment has been recorded at the registry.  *See attached*.

      g.      The debtor lacks knowledge or information sufficient to respond. Deutsche Bank does not appear to have filed a Proof of Claim. To the extent that this allegation would constitute an informal proof of claim, the debtor objects and requests that the Bank be required to provide his counsel with a complete accounting of the loan.

6. Denied that this list is complete because there is a second mortgage, as well. *See attached.* Deutsche has failed to comply with MLBR 4001-1(b)(2)(B).

7. The debtor's schedules speak for themselves. Denied that the suggested costs are reasonable or necessary.

8. Admitted.

9. Denied that the debtor has any obligation to Deutsche Bank.

10. Denied that the debtor is "her". In addition, the debtor has stated to his counsel that payments sent to the bank or its servicer post-petition were returned to him. The debtor has been instructed to provide his counsel with documentation of that statement.

11. FURTHER RESPONDING, the debtor denies that Deutsche Bank is the holder of the mortgage and therefore avers that Deutsche Bank lacks standing to bring the motion. Accordingly it must be denied. This paragraph constitutes an Affirmative Defense. In view of its lack of standing, the debtor requests that any express or implied request for attorney fees and costs related to the motion be explicitly denied as well.

    WHEREFORE, the debtor requests that the motion be denied..

August 1, 2007

                          Respectfully submitted,
                          Alexander V Brown
                          By his attorney,

                          /s/    *David G. Baker*
                          David G. Baker, Esq.
                          105 Union Wharf
                          Boston, MA  02109
                          617-367-4260
                          BBO # 634889

## CERTIFICATE OF SERVICE

The undersigned states upon information and belief that the within objection was served on the entities named below by the court's CM/ECF system.

/s/    *David G. Baker*
David G. Baker, Esq.

Carolyn Bankowski     13trustee@ch13boston.com

John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV

Victor Manougian on behalf of Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates
bankruptcy@kordeassoc.com