UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION FOR RELIEF FROM STAY

    NOW COMES Alexander V. Brown, debtor, and objects to the motion of Deutsche Bank, etc., for relief from the automatic stay (docket number 47). In support of this objection, the debtor states that the motion is moot because a comparison of paragraph 3 of this motion with paragraph 3 of the virtually identical motion filed on August 13, 2007 (docket number 27), indicates that the motion seeks leave to foreclose the same mortgage. As the prior motion was granted by order dated October 9, 2007, the present motion is moot.
    WHEREFORE, the debtor requests that the motion be denied.

August 1, 2007

    Respectfully submitted,
    Alexander V Brown
    By his attorney,

    /s/     *David G. Baker*
    David G. Baker, Esq.
    105 Union Wharf
    Boston, MA  02109
    617-367-4260
    BBO # 634889

CERTIFICATE OF SERVICE

    The undersigned states upon information and belief that the within objection was served on the entities named below by the court's CM/ECF system.

    /s/     *David G. Baker*
    David G. Baker, Esq.

1.     Carolyn Bankowski     13trustee@ch13boston.com
2.     John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
3.     Victor Manougian on behalf of Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates     bankruptcy@kordeassoc.com