UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
| Alexander V. Brown | Chapter 13 |

**MOTION OF AMERIQUEST FUNDING II, LLC AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

*Premises identified as:* 31 Downer Avenue, Dorchester, MA  02125

To the Honorable Judge Feeney:

The Motion of Ameriquest Funding II, LLC and/or its successors and assigns ("Movant") respectfully represents:

1. This is a proceeding for relief from the automatic stay of 11 USC Sec. 362(d)(1) and (d)(2).

2. Alexander V. Brown (collectively the "Debtor") is the mortgagor of a certain parcel of real estate known and numbered as *31 Downer Avenue, Dorchester, MA*.  This property is encumbered by a first mortgage given by Debtor to Argent Mortgage Company, LLC.

3. Said mortgage is now in default by reason of failure of payment of principal, interest and late fees.  A copy of the original mortgage is annexed hereto and marked <u>Exhibit A</u>.

4. Said mortgage secures a note given by the Debtors to Argent Mortgage Company, LLC in the original amount of $84,000.00.  A copy of the note is annexed hereto and is marked <u>Exhibit B</u>.

5. In compliance with United States Bankruptcy Court, District of Massachusetts Local Rule 4001-1, the following information is provided to this Court:

    a. the debtor's Chapter 13 Petition was filed on May 2, 2007.

    b. the total sum now due your Movant is approximately $93,000.00 with interest through March 11, 2008.

    c. the Debtor's Chapter 13 Plan has not been confirmed.

    d. the monthly payment due on the mortgage is currently $847.91.

    e. as of the date of this Motion, the total of outstanding post petition payments is $8479.10 (June 1, 2007 through March 1, 2008 @ $847.91/month ).  In addition, Late Charges of $254.40 are due.  The total post-petition arrearage is $8,733.50, plus attorney fees.[1]  It is anticipated that as of the date of the hearing no further payments will be made.

    f. The mortgage was originally given to Argent Mortgage Company, LLC and was thereafter assigned to Movant.  A copy of the assignment is attached hereto as <u>Exhibit C</u>.  Citi Residential Lending, Inc. is the current servicer for this loan on behalf of Movant.

    g. Upon information and belief, a declaration of homestead has been recorded with regard to this property.

    h. The pre-petition arrearage at the time this action was filed was approximately $5,214.66.

6. Upon information and belief, this property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
|---|---|---|---|
| Movant | 2nd Mortgage | $93,000.00 | n/a |
| Deutsche Bank | 1st Mortgage | $370,000.00 | Yes |

    Total:  $463,000.00

7. According to the attached Brokers Price Opinion, dated January 3, 2008, the fair market value of the property is $399,000.00.  For purposes of this motion, it is Movant's opinion that the liquidation value of the premises is $372,740.56 calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($1,819.44) and anticipated closing costs incurred for a real estate closing ($500.00).  The Brokers Price Opinion is attached as Exhibit D.[2]

8. Your Movant believes that the Debtor has no equity in the property based upon the above sums due your Movant and others of approximately $463,000.00, and the liquidation value of the premises as stated above.

9. There is no other collateral securing the Debtor's obligation to Movant.

10. This Motion is brought for cause under 11 U.S.C. Sec. 362(d)(1) and under 11 U.S.C. Sec. 362(d)(2) given that the Debtor has failed to stay current on post petition payments, any protection Movant may have is eroding, there is no

---

[1] As of the date of this motion, Movant has incurred approximately $650.00 in attorney fees and $155.00 in attorney costs in connection with this motion.  This amount will increase if counsel for Movant performs additional services for Movant in connection with this motion.

equity in the property, and the property is not necessary to an effective reorganization. Accordingly, Movant requests that this Court allow Movant relief from the automatic stay in order to proceed with its applicable rights and remedies, including but not limited to a foreclosure sale on the premises and an eviction proceeding should Movant, or its successor in interest, become the successful bidder at a foreclosure sale.

11. Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant also requests that it be allowed to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**WHEREFORE**, Movant requests that the Court:

a. grant Movant relief from the section 362 automatic stay and the stay imposed by Bankruptcy Procedure 4001(a)(3) for the purpose of exercising its various non-bankruptcy rights and remedies including without limitation:

   i. taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
   ii. taking such action as may be necessary to evict the debtor(s) and/or any occupant from the Property.

b. order such other and further relief as may be just and proper.

In accordance with Local Rules, your Movant requests that this Motion be allowed without a hearing unless an objection is timely filed.

DATED: March 11, 2008

> Respectfully submitted:
>
> Ameriquest Funding II, LLC and/or its successors and assigns,
> by its Attorney:
>
> /s/ Julie A. Ranieri
> Julie A. Ranieri, Esquire
> Korde & Associates
> 321 Billerica Road, Suite 210
> Chelmsford, MA. 01824
> Tel: 978-256-1500
> BBO# 655936

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

**ORDER ON THE MOTION OF AMERIQUEST FUNDING II, LLC AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Boston in said District, on the         day of                 , 2008, on the Motion of Ameriquest Funding II, LLC and/or its successors and assigns ("Movant") after notice to all parties on the Movant's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Movant is granted Relief from the Automatic Stay imposed pursuant to 11 USC 362(a) on the filing of the Petition for Relief.

2. Movant and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *31 Downer Avenue, Dorchester, MA*, which mortgage is dated July 14, 2006. A copy of such mortgage was attached to the Motion for Relief at issue. Further, Movant is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Movant, or its successor in interest, become the successful bidder at a foreclosure sale.

3. If any excess proceeds are realized as a result of the foreclosure sale, Movant shall supply the Debtor and the Chapter 13 Trustee with a complete accounting.

4. Movant and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Feeney
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Julie A. Ranieri, Attorney for **Ameriquest Funding II, LLC and/or its successors and assigns** hereby certify that on March 11, 2008 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants;

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker , Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA  02124

City of Boston
Tax Collector
One City Hall Square
Boston, MA  02201

Deutsche Bank
C/o Citi Residential Lending
10801 E 6th Street
Rancho Cucamonga, CA91730

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500