UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION FOR RELIEF FROM STAY

    NOW COMES Alexander V. Brown, debtor, and objects to the motion of Sovereign Bank for relief from the automatic stay. In support of this objection, the debtor states as follows:

1. Admitted.
2. The debtor lacks knowledge or information sufficient to respond
3. Admitted.
4. As of the date of this response, the debtor denies being in arrears.
5. This allegation is insufficient to comply with the relevant Local Rule because although the debtor believes his schedules to be accurate, the Local Rule (read in conjunction with FRBP 9011) requires a fuller investigation than merely reviewing the debtor's schedules.
6. This allegation is insufficient to comply with the relevant Local Rule because although the debtor believes his schedules to be accurate, the Local Rule (read in conjunction with FRBP 9011) requires a fuller investigation than merely reviewing the debtor's schedules. Denied that 6% represents a fair reduction "for the cost of sale".
7. The debtor's schedule speaks for itself.
8. Admitted.
9. The debtor lacks knowledge or information sufficient to respond.
10. The debtor lacks knowledge or information sufficient to respond.
11. The debtor lacks knowledge or information sufficient to respond.
12. Denied.

    WHEREFORE, the debtor requests that the motion be denied..

May 19, 2008

    Respectfully submitted,
    Alexander Brown
    By debtor's attorney,

    /s/         *David G. Baker*
    David G. Baker, Esq.
    236 Huntington Avenue, Ste. 302
    Boston, MA  02115
    617-340-3680
    BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within paper was served upon the entities named below by the court's CM/ECF system.

/s/    *David G. Baker*
David G. Baker

Carolyn Bankowski-13     13trustee@ch13boston.com

Adam B. Finkel on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV

Victor Manougian on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Julie A. Ranieri on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Laurie Ray on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division     martuccil@dor.state.ma.us, oneilld@dor.state.ma.us

Meghan Elizabeth Roche on behalf of Sovereign Bank     bankruptcy@orlansmoran.com