UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO CLAIM OF MASSACHUSETTS DEPARTMENT OF REVENUE

NOW COMES Alexander V. Brown, debtor, and objects as follows to the claim filed by the Massachusetts Department of Revenue:

1. The debtor filed his petition on May 2, 2007.
2. On or about August 16, 2007, the Massachusetts Department of Revenue ("MDOR") filed a Proof of Claim asserting a total amount owed of $3,005.22. The total constituted $727 for the tax year 2005 and $1,904 for 2006, plus interest and penalties. The amounts claimed did not appear to be estimates.
3. On or about May 29, 2008, the MDOR filed an amended claim alleging a total due of $5,015.20. This amount is comprised of the amounts stated in paragraph 2 (which appear to be based on returns as filed) plus *estimated* amounts of $1,697.02 for 2005 and $1,912.37 for 2006, including interest but no penalties.
4. All of the amounts stated appear to be for personal income tax and not for any other type of tax.
5. The estimated amounts appear to be a scrivener's error, but even if not, there is no known basis for claiming both actual amounts and estimated amounts for the same time periods.

WHEREFORE the debtor requests that the claim be allowed in the amount of the actual tax owed and that the estimated amounts be disallowed.

July 4, 2008

Respectfully submitted,
Alexander Brown
By debtor's attorney,

/s/    *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

<u>Certificate of Service</u>

The undersigned states upon information and belief that the within paper was served upon the entities named below by the court's CM/ECF system.

/s/    *David G. Baker*
David G. Baker

1. Carolyn Bankowski-13    13trustee@ch13boston.com
2. Adam B. Finkel on behalf of Ameriquest Funding II, LLC    bankruptcy@kordeassoc.com
3. John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
4. Victor Manougian on behalf of Ameriquest Funding II, LLC    bankruptcy@kordeassoc.com
5. Julie Taylor Moran on behalf of Sovereign Bank    bankruptcy@orlansmoran.com
6. Julie A. Ranieri on behalf of Ameriquest Funding II, LLC    bankruptcy@kordeassoc.com
7. Laurie Ray on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division    martuccil@dor.state.ma.us, oneilld@dor.state.ma.us
8. Meghan Elizabeth Roche on behalf of Sovereign Bank    bankruptcy@orlansmoran.com

<u>By regular email:</u>

David T. Mazzuchelli on behalf of Massachusetts Department of Revenue
mazzucheld@dor.state.ma.us

Stephen G. Murphy on behalf of Massachusetts Department of Revenue
murphys@dor.state.ma.us