UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| Alexander Brown | Chapter 13<br>Case No. 07-12746 |
| Debtor | |

RESPONSE TO WITHDRAWAL OF MOTION

NOW COMES Alexander Brown, debtor, and responds to the withdrawal by Ameriquest Funding II of its motion for relief from the automatic stay in this case by noting that under FRBP 7041, once an answer has been filed, a matter may not be dismissed voluntarily unless the defendant assents. As a result, the matter may be dismissed only by order of the court, which order may be conditioned on terms that the court considers proper. FRBP applies in this contested matter pursuant to FRBP 9014, and incorporates Fed.R.Civ.Pro. 41.

The debtor requests that the order withdrawing (i.e., dismissing) the motion include terms stating that: 1) withdrawal is with prejudice, *see* Fed.R.Civ.Pro. 41(a)(2); and 2) Ameriquest be denied recovery from the debtor of any attorney fees or costs related to the motion, *see* In re Parsley, 384 BR 138 (Bkrtcy.S.D.Tex. 2008) ("It is also reasonable to withdraw the motion under these circumstances, but it is neither fair nor equitable for the movant to charge the debtor for the attorney's fees and costs incurred in connection a motion that was deficient when filed.")

WHEREFORE the debtor requests relief as set forth herein.

July 16, 2008

                                                Respectfully submitted
                                                Alexander Brown
                                                By his attorney,

                                                /s/ *David G. Baker*
                                                David G. Baker, Esq.
                                                236 Huntington Avenue, Ste. 302
                                                Boston, MA  02115
                                                BBO# 634889
                                                617-340-3680

Certificate of Service

    The undersigned states upon information and belief that the within document was served upon the entities named below by the court's CM/ECF system.

/s/ *David G. Baker*
David G. Baker

Carolyn Bankowski-13  -  - 13trustee@ch13boston.com

Adam B. Finkel on behalf of Ameriquest Funding II, LLC  -  - bankruptcy@kordeassoc.com

John Fitzgerald  -  - USTPRegion01.BO.ECF@USDOJ.GOV

Victor Manougian on behalf of Ameriquest Funding II, LLC  -  - bankruptcy@kordeassoc.com

Julie Taylor Moran on behalf of Sovereign Bank  -  - bankruptcy@orlansmoran.com

Julie A. Ranieri on behalf of Ameriquest Funding II, LLC  -  - bankruptcy@kordeassoc.com

Laurie Ray on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division  -  - martuccil@dor.state.ma.us, oneilld@dor.state.ma.us

Meghan Elizabeth Roche on behalf of Sovereign Bank  -  - bankruptcy@orlansmoran.com