UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

## MOTION TO VACATE COURT'S ORDER OF MAY 29, 2008

Now comes Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006 ("Secured Creditor") and respectfully requests that this Court vacate the order of May 29, 2008. As grounds for this motion, Secured Creditor states the following:

1. Debtor filed this bankruptcy petition on May 2, 2007.

1. On or about August 13, 2007 the Secured Creditor filed a Motion for Relief from the Automatic Stay based on the Debtor's failure to remain current with post-petition mortgage payments. At the time of filing, the Debtor had made no post-petition payments.

2. On October 4, 2007 a hearing was held regarding Secured Creditor's motion for relief.

3. After discussing this matter, the parties requested that the court issue an order granting Secured Creditor relief from the automatic stay effective December 4, 2007 as to the relevant mortgage. Debtor was in agreement with said order.

4. The order erroneously provided for the book and page of a second mortgage on the relevant property; however, it was clear that this motion and order was regarding the first mortgage because the first mortgage was attached to the Motion for Relief.

5. On March 5, 2008, the order granting Secured Creditor relief from stay was amended to reflect the correct book and page of the first mortgage. No other parts of the order were amended. The Debtor did not object to the motion to amend.

6. On or about May 8, 2008, Debtor filed a Motion to Vacate the Court's order of October 4, 2007 (which was subsequently amended by the March 5, 2008 Order) which granted Secured Creditor relief from the automatic stay.

7. The basis of the Motion to Vacate is that both units of the property have been occupied since November 2007 and are now generating income.

8. Secured Creditor filed an objection to the Motion to Vacate.

9. On May 29, 2008, a hearing was held on the Motion to Vacate. Debtor's Counsel indicated at that hearing that the Debtor was receiving rents totaling $2,300 per month and was netting $1,719 after expenses.

10. At said hearing, the Court allowed the Motion to Vacate "on the condition that the Debtor forthwith tender all net rents generated by the subject property on a monthly basis to the Chapter 13 Trustee who shall distribute them to the mortgagee pending further order of the Court." A copy of said order can be found at Docket Number 136.

11. On July 17, 2008, Debtor filed a Cash Flow Statement (Docket number 170) stating that the Debtor earned $18,400 in total rental income from November 2007 through June 2008. This statement also alleges that the Debtor's expenses for said period were $4,679.95, for a net income of $13,720.05.[1]

12. To date, the Debtor has not complied with the Court's May 29, 2008 Order. No rental income has been paid to the Chapter 13 Trustee. The last payment made by the Debtor to the Trustee was on or about May 6, 2008 and was in the amount of $90.

13. Further, Secured Creditor has received no disbursements from the Trustee to date, nor has Debtor made any payment to Secured Creditor since the filing of this petition.

WHEREFORE, Secured Creditor respectfully requests that this Honorable Court vacate its May 29, 2008 Order based on Debtor's failure to comply with said Order and reinstate relief from the automatic stay based on this Court's order of October 4, 2007, as amended by the Order dated March 5, 2008.

Dated: July 17, 2008

Respectfully submitted:

Deutsche Bank national Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset-Backed Pass Through Certificates, Series 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006
by its Attorney:

/s/ Julie A. Ranieri, Esquire
Julie A. Ranieri
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500
BBO# 655936

---

[1] The Secured Creditor raised several issues in response to the Cash Flow Statement at the hearing on July 17, 2008. Accordingly, the hearing on the Debtor's Motion for Use of Cash Collateral was continued to August 14, 2008.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
| Alexander V. Brown | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Julie A. Ranieri, Attorney for Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006 hereby certify that on July 17, 2008 I electronically filed the foregoing *Motion to Vacate* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esq.

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA  02124

City of Boston
Tax Collector
One City Hall Square
Boston, MA  02201

Alexander V. Brown
31 Downer Avenue
Dorchester, MA 02125

    /s/ Julie A. Ranieri
    Julie A. Ranieri, Esquire
    Korde & Associates
    321 Billerica Road, Suite 210
    Chelmsford, MA. 01824
    Tel: 978-256-1500