UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION TO VACATE PRIOR ORDER

NOW COMES Alexander V. Brown, debtor, and objects as follows to the motion of Deutsche Bank, etc., to vacate the order of May 29, 2008:

1. The allegations of the motion are admitted to the extent that they are supported by the record of this case, otherwise denied. As to the allegation in paragraph 13 that Brown has not made any payments to Secured Creditor since the filing of this petition, the allegation is made in disingenuous bad faith. The debtor's initial payments were refused by AMC Mortgage Services, as indicated by the letters attached hereto.

2. Furthermore, Deutsche Bank and AMC lack standing to be a creditor in this case, or to obtain relief from the automatic stay, for the reasons set forth in the Complaint in Adversary Proceeding number 08-01191, the allegations of which are incorporated herein by reference.

WHEREFORE the debtor requests that the motion be denied.

July 17, 2008

Respectfully submitted,
Alexander Brown
By debtor's attorney,

/s/        *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within paper was served upon the entities named below by the court's CM/ECF system.

/s/     *David G. Baker*
David G. Baker

Carolyn Bankowski-13     13trustee@ch13boston.com

Adam B. Finkel on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV

Victor Manougian on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Julie Taylor Moran on behalf of Sovereign Bank     bankruptcy@orlansmoran.com

Julie A. Ranieri on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Laurie Ray on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division     martuccil@dor.state.ma.us, oneilld@dor.state.ma.us

Meghan Elizabeth Roche on behalf of Sovereign Bank     bankruptcy@orlansmoran.com