UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE<br><br>Alexander V. Brown<br><br>Debtor | Chapter 13<br>Case No. 07-12746-JNF |
|---|---|

## OBJECTION TO CLAIMS

NOW COMES Alexander V. Brown, debtor, and objects as follows to allowance of the claims filed by AMC Mortgage Services, and for reasons states that AMC lacks standing to be a creditor in this case for the reasons set forth in the Complaint in Adversary Proceeding number 08-01191, the allegations of which are incorporated herein by reference.

WHEREFORE the debtor requests that the claims be disallowed and the security interest voided pursuant to 11 USC §506(d).

July 17, 2008

> Respectfully submitted,
> Alexander Brown
> By debtor's attorney,
>
> /s/        *David G. Baker*
> David G. Baker, Esq.
> 236 Huntington Avenue, Ste. 302
> Boston, MA  02115
> 617-340-3680
> BBO# 634889

### Certificate of Service

The undersigned states upon information and belief that the within paper was served upon the entities named below by the court's CM/ECF system.

/s/        *David G. Baker*
David G. Baker

Carolyn Bankowski-13     13trustee@ch13boston.com

Adam B. Finkel on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV

Victor Manougian on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Julie Taylor Moran on behalf of Sovereign Bank     bankruptcy@orlansmoran.com

Julie A. Ranieri on behalf of Ameriquest Funding II, LLC     bankruptcy@kordeassoc.com

Laurie Ray on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division     martuccil@dor.state.ma.us, oneilld@dor.state.ma.us

Meghan Elizabeth Roche on behalf of Sovereign Bank     bankruptcy@orlansmoran.com