

**AMC MORTGAGE SERVICES**

June 05, 2007

ALEXANDER BROWN
31 DOWNER AVENUE UNIT 1
DORCHESTER, MA 02125

RE: **RETURNED CHECK**
    Loan Number:    0100244110
    Property Address:    31 DOWNER AVENUE
                            DORCHESTER, MA 02125

Dear ALEXANDER BROWN,

We are returning your check, No. 0000000000001257, in the amount of $847.91, as it is not enough to bring the loan current.

Please contact our Home Retention Department promptly upon receipt of this letter at (800) 211-6926. If your loan is in foreclosure, additional fees and costs will be added to the reinstatement.

Sincerely,


Home Retention Department

Enclosure

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island and New Hampshire.
505 City Parkway West, Suite 100, Orange, CA 92868 (800) 211-6926 *FAX (949) 862-3764



**AMC MORTGAGE SERVICES**

June 05, 2007


ALEXANDER BROWN
31 DOWNER AVENUE UNIT 1
DORCHESTER, MA 02125


RE: **RETURNED CHECK**
    Loan Number:      0100244078
    Property Address: 31 DOWNER AVENUE
                     DORCHESTER, MA 02125

Dear ALEXANDER BROWN,


We are returning your check, No. 0000000000001256, in the amount of $2,464.07, as it is not enough to bring the loan current.

Please contact our Home Retention Department promptly upon receipt of this letter at (800) 211-6926. If your loan is in foreclosure, additional fees and costs will be added to the reinstatement.

Sincerely,



Home Retention Department

Enclosure

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortgage Services, Inc., in the states of Texas, Rhode Island and New Hampshire.
505 City Parkway West, Suite 100, Orange, CA 92868 (800) 211-6926 *FAX (949) 862-3764