UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

NOTICE OF APPEAL

    NOW COMES Alexander V. Brown, debtor, and appeals to the Bankruptcy Appellate Panel from the order dated July 17, 2008, which denied confirmation of his Chapter 13 plan. The names and addresses of the parties to the appeal, and their attorneys, are:

| Party | Attorney |
|---|---|
| Alexander Brown, appellant | David G. Baker, Esq.<br>236 Huntington Avenue, Ste. 302<br>Boston, MA  02115<br>617-340-3680 |
| Deutsche Bank National Trust Company, as trustee, etc., appellee | Julie A. Ranieri, Esq.<br>Korde & Associates<br>321 Billerica Road, Ste. 210<br>Chelmsford, MA  018124<br>978-256-1500 |

July 21, 2008

Respectfully submitted,
Alexander Brown
By debtor's attorney,

/s/     *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889