**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Alexander V Brown                                         Chapter 13
                                                                   Bankruptcy Case 07–12746
                                                                   Judge Joan N. Feeney

# NOTICE OF FILING OF APPEAL TO BANKRUPTCY APPELLATE PANEL

A Notice of Appeal in the above case/proceeding was filed on **JULY 21, 2008** and has been forwarded to the Bankruptcy Appellate Panel. Appellees have 30 days from the date of the service of this notice to file an election with the Bankruptcy Appellate Panel to have the matter transferred to the United States District Court.

Please refer to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001 et seq. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

   1. Notice of Appeal, or
   2. Entry of an Order granting leave to appeal, or
   3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty–five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:7/22/08                                                       James M. Lynch
                                                                   Clerk, U.S. Bankruptcy Court


                                                                   By the Court,


                                                                   <u>Charlotte DiBenedett</u>
                                                                   Deputy Clerk
                                                                   (617) 565– 6076