**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222–1074

| **JAMES M. LYNCH** | **WORCESTER OFFICE** |
|---|---|
| CLERK | 595 MAIN STREET |
| | WORCESTER, MA 01608–2076 |
| (617)565–6051 | (508)793–0518 |
| FAX (617)565–6087 | FAX (508)793–0541 |

7/22/08

Bankruptcy Appellate Panel
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Bankruptcy Case/Adversary Preceeding In Re: Bankruptcy No. 07–12746 JNF
Bankruptcy Case/Adversary Preceeding In Number:

The following is being transmitted to your court:

- ☑ Copy of Notice of Appeal with Order
- ☑ Copy of Bankruptcy Docket
- ☐ Copy of Election to have appeal heard in District Court
- ☐ Copy of Motion for Leave to Appeal With/Without Objections
- ☐ Other

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

- ⦿ United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222–1074

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

Date:7/22/08

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Charlotte DiBenedetto
Deputy Clerk
617–565–6076

Receipt is acknowledged of the enclosures referred to above.

BAP Docket Number:_____
Date:_____                                         By:_____
                                                                                    Deputy Clerk