UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>ALEXANDER V. BROWN,<br><br>      Debtor | Chapter 13<br>Case No. 07-12746-JNF |

**AMERIQUEST FUNDING II, LLC'S RESPONSE TO**
**DEBTOR'S RESPONSE TO NOTICE OF WITHDRAWAL OF MOTION**

Ameriquest Funding II, LLC ("Ameriquest Funding") submits this response to the Debtor's Response to Ameriquest Funding's Notice of Withdrawal of its Motion for Relief From Stay.

On March 11, 2008 Ameriquest Funding filed a Motion for Relief from Stay ("Motion for Relief"). Docket No. 85. On July 15, 2008, Ameriquest Funding withdrew the Motion for Relief by filing a Notice of Withdrawal. Docket No. 167. The following day, on July 16, Debtor filed an objection to Ameriquest Funding's Notice of Withdrawal, in which Debtor asks this Court: (1) to make Ameriquest Funding's withdrawal of its Motion for Relief "with prejudice;" and (2) deny Ameriquest any recovery of attorneys fees and costs associated with the Motion for Relief. Docket No. 168. The debtor has provided no basis on which to make the withdrawal with prejudice.

As the only support for his apparent objection to Ameriquest Funding's notice of withdrawal, debtor cites to Fed. R. Civ. P. 41, as applied to certain bankruptcy proceedings through Fed. R. Bankr. P. 7041. Fed. R. Civ. P. 41 states that unless the notice states otherwise, all dismissals under that Rule shall be "without prejudice." Here debtor provides no basis on

which to deviate from this default rule – and none exists.  Further, there is no reason to interfere with a secured interest in property based on a party's procedural actions in this bankruptcy.

Finally, Ameriquest Funding's request for attorneys fees and costs was withdrawn with the motion, and that request is no longer pending before this Court.

The Court should deny debtor's request to withdraw the Motion for Relief with prejudice because debtor has failed to provide any reason to diverge from the rule that withdrawals should be without prejudice.

Dated: July 31, 2008

Respectfully submitted,

AMERIQUEST FUNDING II, LLC,

By its attorneys:

/s/ Julie A. Ranieri
Julie A. Ranieri
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA 01824
Tel: 978-256-1500
BBO #655936

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
| Alexander V. Brown | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Julie A. Ranieri, Attorney for Ameriquest Funding II LLC hereby certify that on July 31, 2008 I electronically filed the foregoing *Response* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA  02124

City of Boston
Tax Collector
One City Hall Square
Boston, MA  02201

Alexander V. Brown
31 Downer Avenue
Dorchester, MA 02125

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500