UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13
Case No. 07-12746-JNF |
| Debtor | |

*AMENDED* NOTICE OF APPEAL

    NOW COMES Alexander V. Brown, debtor, and appeals to the Bankruptcy Appellate Panel from the order dated July 17, 2008, which denied confirmation of his Chapter 13 plan. This amended Notice is being filed pursuant to the order of the Bankruptcy Appellate Panel, and a copy of the order from which appeal was taken is attached. The names and addresses of the parties to the appeal, and their attorneys, are:

| Party | Attorney |
|---|---|
| Alexander Brown, appellant | David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680 |
| Deutsche Bank National Trust Company, as trustee, etc., appellee | Julie A. Ranieri, Esq.
Korde & Associates
321 Billerica Road, Ste. 210
Chelmsford, MA  018124
978-256-1500 |

The undersigned hereby certifies that this Amended Notice was served upon the appellee by the bankruptcy court's CM/ECF system.

August 1, 2008

                                          Respectfully submitted,
                                          Alexander Brown
                                          By debtor's attorney,

                                          /s/          *David G. Baker*
                                          David G. Baker, Esq.
                                          236 Huntington Avenue, Ste. 302
                                          Boston, MA  02115
                                          617-340-3680
                                          BBO# 634889

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Alexander V Brown                **Case Number:** 07-12746                **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**
#125 Objection to Confirmation of Plan by Deutsche Bank.    #161 Response by Debtor. (David Baker)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved **125** Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____'rom_____
                                  Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               *Joan N. Feeney* (signature)

_____                       _____Dated: 7/17/2008
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge