UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

Response to Debtor's Objection to Claim #10 and Claim #11 and Motion to Consolidate
Objection with Pending Adversary Proceeding #08-01191

　　　　Now come Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series ARSI 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006 ("Deutsche Bank") and Ameriquest Funding II REO Subsidiary LLC ("Ameriquest Funding") and files this response to Debtor's Objection to Claims #10 and #11. Deutsche Bank and Ameriquest Funding state the following:

1. On or about July 17, 2008, Debtor filed an Objection to Claim #10 and Claim #11. In said Objection, Debtor alleges that Deutsche Bank and Ameriquest Funding lack standing to be creditors in this case. Debtor further requests that both claims be disallowed and the security interests voided.

2. On or about July 17, 2008, Debtor also filed an Adversary Complaint (Case #08-01191) in which he similarly alleges that Deutsche Bank and Ameriquest Funding failed to establish standing in the underlying chapter 13 case. The allegations in the Adversary Complaint are set forth in greater details, but appear to be identical to the assertions in the Debtor's Objection to Claim.

3. Deutsche Bank and Ameriquest Funding state that all issues regarding standing will be addressed and litigated through the pending Adversary Proceeding.

4. In the interest of judicial economy, and because the allegations in the Objection to Claim are identical to those set forth in the Adversary Proceeding, Deutsche Bank and Ameriquest Funding request that the Objection to Claim be consolidated with the pending Adversary Proceeding.

　　Wherefore, Deutsche Bank and Ameriquest Funding file this response to Debtor's Objection to Claim #10 and Claim #11, and further request that this matter be consolidated into the Adversary Proceeding (Case #08-01191).

Dated: September 4, 2008

Deutsche Bank National Trust Company, and
Ameriquest Funding II
by their Attorney:

/s/ Julie A. Ranieri, Esquire
Julie A. Ranieri
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824
Tel: 978-256-1500
BBO# 655936

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
| Alexander V. Brown | Chapter 13 |

CERTIFICATE OF SERVICE

I, Julie A. Ranieri, Attorney for Deutsche Bank National Trust Company and Ameriquest Funding II hereby certify that on September 4, 2008 I electronically filed the foregoing Response to Objection to Claim and Motion to Consolidate with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esq.
Julie Moran, Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA  02124

City of Boston
Tax Collector
One City Hall Square
Boston, MA  02201

Alexander V. Brown
31 Downer Avenue
Dorchester, MA 02125

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824