UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

Joint Motion to Extend Deadline for Filing Proposed Order Regarding Debtor's Motion to Use Cash Collateral

Now comes Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006 ("Deutsche Bank") and the Debtor and respectfully request that the deadline for submitting the Proposed Order regarding Debtor's Motion for Use of Cash Collateral be extended to September 30, 2008.  As grounds for said motion, the parties state the following:

1. The current deadline for filing the Proposed Order regarding Debtor's Motion for Use of Cash Collateral is September 16, 2008.

2. There is also a hearing scheduled for October 2, 2008 regarding Debtor's Motion for Use of Cash Collateral.

3. On September 16, 2008, counsel for Deutsche Bank emailed Debtor's counsel the Proposed Order.

4. Debtor's counsel has given a preliminary assent to the proposed order; however, he requires additional time to review the terms with the Debtor.

5. Debtor's counsel has advised that he is currently in the hospital at Massachusetts General, and will likely be hospitalized for the next few days.

6. In addition, Debtor's Counsel has also advised that he has previously scheduled plans to travel out of state next week.

7. The parties request that the deadline for filing the proposed order be extended to September 30, 2008 given these circumstances.  There is no prejudice to either party in allowing this motion and extending the filing deadline.

Wherefore, the parties respectfully request that the deadline for filing the Proposed Order regarding Debtor's Motion for Use of Cash Collateral be extended to September 30, 2008.

Dated: September 16, 2008
Respectfully Submitted:

| | |
|---|---|
| Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates, Series 2006-M3 Under the Pooling and Servicing Agreement Dated as of September 1, 2006<br>by its Attorney: | Alexander V. Brown,<br><br>By his Attorney |
| /s/ Julie A. Ranieri<br>Julie A. Ranieri, Esquire<br>Korde & Associates<br>321 Billerica Road, Suite 210<br>Chelmsford, MA. 01824<br>Tel: 978-256-1500<br>BBO# 655936 | /s/ David G. Baker<br>David G. Baker, Esquire<br>236 Huntington Avenue, Suite 302<br>Boston, MA 02115<br>617-340-3680 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

CERTIFICATE OF SERVICE

I, Julie A. Ranieri, Attorney for Deutsche Bank National Trust Company hereby certify that on September 16, 2008 I electronically filed the foregoing Motion to Extend Filing Deadline with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, US Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esq.
Julie Moran, Esq.

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA  02124

City of Boston
Tax Collector
One City Hall Square
Boston, MA  02201

Alexander V. Brown
31 Downer Avenue
Dorchester, MA 02125

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
Korde & Associates
321 Billerica Road, Suite 210
Chelmsford, MA. 01824