UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

IN RE

       Alexander V. Brown

                                   Debtor

Chapter 13
Case No. 07-12746-JNF

## MOTION FOR EMERGENCY DETERMINATION OF
## MOTION FOR EXTENSION OF TIME

       NOW COMES Alexander V. Brown, debtor, by his attorney, and respectfully moves the court for emergency determination of his motion for an extension of time to file a proposed order regarding his motion to use cash collateral, and for reasons states that the said motion relates to a hearing scheduled for tomorrow, and determination of this motion in advance of the hearing will be of great assistance to the parties in preparing for the hearing. Counsel for the secured creditor has assented to the underlying motion.

       WHEREFORE Brown requests emergency determination.

October 1, 2008

                                Respectfully submitted,
                                Alexander Brown
                                By debtor's attorney,

                                /s/       *David G. Baker*
                                David G. Baker, Esq.
                                236 Huntington Avenue, Ste. 302
                                Boston, MA  02115
                                617-340-3680
                                BBO# 634889

## Certificate of Service

The undersigned states upon information and belief that the within paper was served upon the entities named below by the court's CM/ECF system.

                                /s/       *David G. Baker*
                                David G. Baker

R. Bruce Allensworth on behalf of AMC Mortgage Services Inc.
bruce.allensworth@klgates.com, klgatesbankruptcy@klgates.com

Carolyn Bankowski-13     13trustee@ch13boston.com

Gregory N. Blase on behalf of AMC Mortgage Services Inc.     gregory.blase@klgates.com,
susan.shipley@klgates.com

10/1/2008 Allowed.