**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| ALEXANDER V. BROWN, ) | Bankruptcy No. 07-12746-JNF |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | |

**UNITED STATES OF AMERICA'S MOTION TO DISMISS**

THE UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service (the "Service"), respectfully moves that this case be dismissed, or in the alternative, converted to a case under Chapter 7 pursuant to 11 U.S.C. §§ 521(j) (hereinafter all statutory references are to the Bankruptcy Code unless otherwise stated).

IN SUPPORT THEREOF, the United States alleges:

1. On May 2, 2007, the debtor filed a Chapter 13 bankruptcy petition for relief.

2. As of the date hereof, the Service has no record of receiving the debtor's Federal income tax return for taxable year 2007 (the "Return"). The debtor did not request an extension of the due date for the Return, and, therefore, the Return was due on or before April 15, 2008, which date is after the commencement of this case.

3. Under section 521(j), if the debtor fails to file a tax return that becomes due after the commencement of the case, the Service may request that the Court enter an order converting or dismissing the case. If the debtor does not file the required return within 90 days after such request is filed, the Court shall convert or dismiss the case, whichever is in the best interests of creditors and the estate.

4. Accordingly, unless the debtor file the Return by April 16, 2009 (90 days from the date hereof), this case shall be dismissed or converted. To avoid a factual dispute

over the filing of the Return, the Service requests that the original Return be provided to the undersigned by such date.

WHEREFORE, the United States respectfully requests that this Court enter an order dismissing this case, or, in the alternative, convert the case to Chapter 7, whichever is in the best interests of the creditors and the estate, upon an affidavit from the undersigned that the Returns were not filed by April 16, 2009.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    By its attorneys,

    MICHAEL J. SULLIVAN
    United States Attorney

Dated: <u>January 16, 2009</u>    By:    <u>/s/ Andrea D. Haddad</u>
    ANDREA D. HADDAD
    Special Assistant United States Attorney
    BBO 663240
    10 Causeway Street, Rm 401
    Boston, MA  02222-1061
    Tel.: (617) 565-7868
    Fax: (617) 565-7894

## CERTIFICATE OF SERVICE

      I, Andrea D. Haddad, Special Assistant United States Attorney, hereby certify that on <u>January 16, 2009</u>, I have served a copy of the within **UNITED STATES OF AMERICA'S MOTION TO DISMISS** by electronic transmission to the list of attorneys who are currently on the list to receive e-mail notices for this case and by first-class mail on the following.

AMC
c/o Buchalternemer
16435 N. Scottsdale Rd. Suite 440
Scottsdale, AZ  85254

AMC Mortgage Services, Inc.
PO Box 5926
Carol Stream, IL  60197

Ameriquest Funding II, LLC
Korde & Associates
321 Billerica Road
Suite 210
Chelmsford, MA  01824

Citi Residential Lending, Inc.
P.O. Box 769
Orange, CA  92866-9998

Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates
Korde & Associates
321 Billerica Road
Chelmsford, MA

Massachusetts Department of Revenue, Child Support Enforcement Division
P.O. Box 9561
Boston, MA  02114

PRA Receivables Management, LLC
as agent of Portfolio Recovery Associate
PO Box 41067
Norfolk, VA  23541

AMC Mortgage Srvcs Servicer for Argent Mtg Co LLC
P.O. Box 5926
Carol Stream, IL 60197-5926

Asset Acceptance LLC
PO Box 2036
Warren MI 48090

Barron & Stadfeld, P.C.
Attoneys at Law
100 Cambridge Street, Suite 1310
Boston, MA 02114

Boston Water and Sewer Commission
980 Harrison Ave
Boston, MA 02119

City of Boston
Inspectional Services Department
1010 Massachusetts Ave
Boston, MA 02118

City of Boston
Office of Collector of Taxes
Boston City Hall
Boston, MA 02201

David Frey / DBA Future Health
122 Maple St
Malden, MA 02148

Federated Retail Holdings, Inc./Filene's
c/o Tsys Debt Mgmt., Inc.
PO Box 137
Columbus, GA 31902

Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100

Keyspan Energy Delivery
52 Second Ave
Waltham, MA 02451

Macy's
P.O. Box 8217
Mason, OH 45040

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Department of Revenue
Child Support Enforcement Division
P.O. Box 9561
Boston, MA 02114

NSTAR
P.O. Box 4508
Woburn, Ma 01888

NSTAR Electric
Boston Edison Company
One NSTAR Way
Westwood, MA 02090

Sovereign Bank
Mail Code 10-6438-MP4
601 Penn Street
Reading, PA 19601

Target National Bank
C/O Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

Target National Bank
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA 98124-3978

Wells Fargo Financial Bank
Attn: Payment Processing
PO Box 14487
Des Moines, IA 50306

Wells Fargo Financial Bank
Customer Service F4008-080
800 Walnut
Des Moines, IA 50309

eCAST Settlement Corporation assignee of
Citibank USA NA/HOME DEPOT
POB 35480
Newark NJ 07193-5480

Alexander V Brown
126 Msgr. Lyden Way
Dorchester, MA  02124


Dated: <u>January 16, 2009</u>                    <u>/s/ Andrea D. Haddad</u>
                                                  Andrea D. Haddad
                                                  Special Assistant
                                                  United States Attorney