UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Alexander V. Brown, | Chapter 13 |
| | Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION TO DISMISS CASE

NOW COMES Alexander V. Brown, debtor, and neither admits nor denies any of the allegations of the motion of the Internal Revenue Service to dismiss this case, but states as an affirmative defense that the tax returns at issue have been mailed to the address stated in the motion as requested therein.

WHEREFORE Brown requests that the motion be denied.

February 10, 2009

Respectfully submitted,
Alexander V. Brown,
By his attorney,

/s/  *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within objection was served upon the entities named below by the court's CM/ECF system.

/s/  *David G. Baker*
David G. Baker, Esq.

R. Bruce Allensworth on behalf of AMC Mortgage Services Inc. - bruce.allensworth@klgates.com, klgatesbankruptcy@klgates.com

Carolyn Bankowski-13 - 13trustee@ch13boston.com

Gregory N. Blase on behalf of AMC Mortgage Services Inc. - gregory.blase@klgates.com, susan.shipley@klgates.com

David D. Christensen on behalf of AMC Mortgage Services Inc. - david.christensen@klgates.com

Adam B. Finkel on behalf of Ameriquest Funding II, LLC - bankruptcy@kordeassoc.com

John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV

Andrea Haddad on behalf of Internal Revenue Service - IRS - andrea.d.haddad@irscounsel.treas.gov, janet.f.appel@irscounsel.treas.gov

Victor Manougian on behalf of Ameriquest Funding II, LLC - bankruptcy@kordeassoc.com

John S. McNicholas on behalf of Citi Residential Lending, Inc - jmcnicholas@kordeassoc.com

Julie Taylor Moran on behalf of Sovereign Bank - bankruptcy@orlansmoran.com, yvaladez@orlansmoran.com

Dolores O'Neill on behalf of Massachusetts Department of Revenue, Child Support Enforcement Division - oneilld@dor.state.ma.us

Julie A. Ranieri on behalf of Ameriquest Funding II, LLC - bankruptcy@kordeassoc.com

Phoebe S. Winder on behalf of AMC Mortgage Services Inc. - phoebe.winder@klgates.com, klgatesbankruptcy@klgates.com;donna.mcmanus@klgates.com