UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Alexander Brown

Debtor

Chapter 13
Case No. 07-12746

MOTION FOR EXTENSION OF TIME

NOW COMES Alexander Brown, debtor, and respectfully moves the court for an extension of time to file an amended plan, and for reasons states that due to incompatible schedules, he has not been able to meet with his attorney to review and execute the plan, although it is substantially complete.  In view of the upcoming civic holidays, an extension of 10 days, to July 10, is requested.

July 1, 2009

Respectfully submitted,
Alexander Brown
By his attorney,

/s/   *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue
Boston, MA  02115
617-340-3680
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the withinin motion was served upon the entities named below by the court's CM/ECF system.

/s/   *David G. Baker*
David G. Baker, Esq.

R. Bruce Allensworth on behalf of Defendant AMC Mortgage Services Inc.
bruce.allensworth@klgates.com, klgatesbankruptcy@klgates.com

David G. Baker on behalf of Debtor Alexander Brown
ecf@bostonbankruptcy.org

Carolyn Bankowski-13
13trustee@ch13boston.com

Gregory N. Blase on behalf of Defendant AMC Mortgage Services Inc.
gregory.blase@klgates.com, susan.shipley@klgates.com

David D. Christensen on behalf of Defendant AMC Mortgage Services Inc.
david.christensen@klgates.com

Adam B. Finkel on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Andrea Haddad on behalf of Creditor Internal Revenue Service - IRS
andrea.d.haddad@irscounsel.treas.gov, janet.f.appel@irscounsel.treas.gov

Victor Manougian on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

John S. McNicholas on behalf of Creditor Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates
jmcnicholas@kordeassoc.com

Julie Taylor Moran on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Paul J. Mulligan on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Dolores O'Neill on behalf of Creditor Massachusetts Department of Revenue, Child Support Enforcement Division
oneilld@dor.state.ma.us

Julie A. Ranieri on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

Phoebe S. Winder on behalf of Defendant AMC Mortgage Services Inc.
phoebe.winder@klgates.com, klgatesbankruptcy@klgates.com;donna.mcmanus@klgates.com