UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

MOTION FOR LEAVE TO FILE AMENDED PLAN LATE

    NOW COMES Alexander V. Brown, debtor, and moves the Court for leave to file his Third Amended Pre-Confirmation Plan late, and in support of this motion states that the court previously granted an extension of time to July 10 at 4:30 to file the amended plan.  The plan was prepared and submitted to a third party for service by postal mail upon all creditors as required by the Local Rules.  However the third party as yet has not provided a Certificate of Service, but is expected to do so imminently.  In order that the plan may be nonetheless be deemed timely since filed before the next business day after due, but after 4:30 p.m., the debtor requests leave to file it late.
    WHEREFORE, the debtor requests that his plan be deemed timely filed.

July 12, 2009

    Respectfully submitted,
    Alexander V Brown
    By his attorney,


    /s/     *David G. Baker*
    David G. Baker, Esq.
    105 Union Wharf
    Boston, MA  02109
    617-367-4260
    BBO # 634889

CERTIFICATE OF SERVICE

    The undersigned states upon information and belief that the within motion and related Amended Chapter 13 plan were served on the entities named below by the court's CM/ECF system.   A certificate of service regarding other parties will be filed separately.


    /s/     *David G. Baker*
    David G. Baker, Esq.

R. Bruce Allensworth on behalf of Defendant AMC Mortgage Services Inc.
bruce.allensworth@klgates.com, klgatesbankruptcy@klgates.com

Carolyn Bankowski-13
13trustee@ch13boston.com

Gregory N. Blase on behalf of Defendant AMC Mortgage Services Inc.
gregory.blase@klgates.com, susan.shipley@klgates.com

David D. Christensen on behalf of Defendant AMC Mortgage Services Inc.
david.christensen@klgates.com

Adam B. Finkel on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Andrea Haddad on behalf of Creditor Internal Revenue Service - IRS
andrea.d.haddad@irscounsel.treas.gov, janet.f.appel@irscounsel.treas.gov

Victor Manougian on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@guaettalaw.com

John S. McNicholas on behalf of Creditor Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates
jmcnicholas@kordeassoc.com

Julie Taylor Moran on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Paul J. Mulligan on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Dolores O'Neill on behalf of Creditor Massachusetts Department of Revenue, Child Support Enforcement Division
oneilld@dor.state.ma.us

Julie A. Ranieri on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

Phoebe S. Winder on behalf of Defendant AMC Mortgage Services Inc.
phoebe.winder@klgates.com,
klgatesbankruptcy@klgates.com;donna.mcmanus@klgates.com