UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| IN RE | |
|---|---|
| Alexander V. Brown | Chapter 13<br>Case No. 07-12746-JNF |
| Debtor | |

OBJECTION TO MOTION FOR LEAVE TO AMEND PROOF OF CLAIM

    NOW COMES Alexander V. Brown, debtor, and objects to the motion of Deutsche Bank, etc., for leave to amend its proof of claim, and in support of his objection states that the reasons for the amendment are substantially identical to the reasons on which Deutsche Bank is seeking summary judgment in the related adversary proceeding, docket number 08-01191, as are the exhibits submitted in support of the present motion, and Brown's reasons for objecting to the amendment are substantially identical to the reasons why summary judgment should not be granted.  As the response deadline in the adversary proceeding is September 30, and the hearing on that motion is scheduled for October 14, Brown requests until September 30 to file a memorandum in support of this objection, and that the two matters be consolidated for hearing.

July 14, 2009

                                Respectfully submitted,
                                Alexander V Brown
                                By his attorney,

                                /s/      *David G. Baker*
                                David G. Baker, Esq.
                                236 Huntington Avenue, Ste. 306
                                Boston, MA  02115
                                617-367-4260
                                BBO # 634889

CERTIFICATE OF SERVICE

    The undersigned states upon information and belief that the within objection was served on the entities named below by the court's CM/ECF system.

                                /s/      *David G. Baker*
                                David G. Baker, Esq.

R. Bruce Allensworth on behalf of Defendant AMC Mortgage Services Inc.
bruce.allensworth@klgates.com, klgatesbankruptcy@klgates.com

Carolyn Bankowski-13
13trustee@ch13boston.com

Gregory N. Blase on behalf of Defendant AMC Mortgage Services Inc.
gregory.blase@klgates.com, susan.shipley@klgates.com

David D. Christensen on behalf of Defendant AMC Mortgage Services Inc.
david.christensen@klgates.com

Adam B. Finkel on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Andrea Haddad on behalf of Creditor Internal Revenue Service - IRS
andrea.d.haddad@irscounsel.treas.gov, janet.f.appel@irscounsel.treas.gov

Victor Manougian on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@guaettalaw.com

John S. McNicholas on behalf of Creditor Deutsche Bank National Trust Company, As Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass-Through Certificates
jmcnicholas@kordeassoc.com

Julie Taylor Moran on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Paul J. Mulligan on behalf of Creditor Sovereign Bank
bankruptcy@orlansmoran.com, amendralla@orlansmoran.com

Dolores O'Neill on behalf of Creditor Massachusetts Department of Revenue, Child Support Enforcement Division
oneilld@dor.state.ma.us

Julie A. Ranieri on behalf of Creditor Ameriquest Funding II, LLC
bankruptcy@kordeassoc.com

Phoebe S. Winder on behalf of Defendant AMC Mortgage Services Inc.
phoebe.winder@klgates.com, klgatesbankruptcy@klgates.com;donna.mcmanus@klgates.com