UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE. ALEXANDER V. BROWN

CHAPTER 13
CASE NO. 07-12746-JNF

OPPOSITION OF DEUTSCHE BANK NATIONAL TRUST COMPANY AND CITI RESIDENTIAL LENDING INC. TO DEBTOR'S MOTION TO MEDIATE (Document No. 376)

Now come Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series ARSI 2006-M3 under the Pooling and Servicing Agreement dated as of September 1, 2006 ("Deutsche Bank") and Citi Residential Lending Inc. ("Citi") and file this opposition to the Debtor's Motion to Mediate (document no. 376).  As grounds, Deutsche Bank and Citi state that the Debtor has not heretofore indicated that he had any interest in attempting to resolve this matter via a modification of the subject loan or otherwise.  The Debtor has not broached the subject of possible settlement of the pending adversary proceeding by submitting to undersigned counsel either general settlement parameters or more concrete settlement proposals.  While Deutsche Bank and Citi are not adverse to considering any such proposals, they are opposed to any mediation process that would result in a significant further delay of these proceedings.

Wherefore, for the reasons set forth in this opposition, Deutsche Bank and Citi respectfully request that this Court:

1. Deny the Debtor's Motion to Mediate.
2. Grant any and all other relief that this Court deems to be just and reasonable.

Dated: November 10, 2009

                                    Respectfully submitted,

                                    DEUTSCHE BANK, AS TRUSTEE OF
AMERIQUEST MORTGAGE SECURITIES
INC.ASSET BACKED PASS THROUGH
CERTIFICATES, SERIES 2006-M3 UNDER
THE POOLING AND SERVICING AGREEMENT
DATES AS OF SEPTEMBER 1, 2006 AND CITI
RESIDENTIAL LENDING, INC.;
By their Attorney,

/s/ John S. McNicholas
John S. McNicholas
BBO # 546542
Korde and Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824
Tele: 978-256-1500 ext. 203
jmcnicholas@kordeassoc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE.  ALEXANDER V. BROWN

CHAPTER 13
CASE NO. 07-12746-JNF

CERTIFICATE OF SERVICE

I, John S. McNicholas, Attorney for Deutsche Bank National Trust Company as Trustee, and CitiResidential Lending, Inc. hereby certify that on this date, November 10, 2009 served the foregoing *Opposition to Motion to Mediate* via first class mail, postage prepaid and, in the case of CM/ ECF participants, also electronically on the following parties:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA 02142

David G. Baker
236 Huntington Avenue, Ste. 302
Boston, MA 02115

John Fitzgerald
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

Carolyn Bankowski-13
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

AMC
c/o buchalternemer
16435 N. Scottsdale Rd.
Suite 440
Scottsdale, Az 85254

AMC Mortgage Services, Inc.
PO Box 5926
Carol Stream, IL 60197

Internal Revenue Service-IRS
c/o Andrea D. Haddad
Special Assistant United States Attorney
10 Causeway Street
Room 401
Boston, MA 0222

Massachusetts Department of Revenue
c/o Dolores O'Neil
Child Support Enforcement Division
P.O. Box 9561
Boston, MA 02114

PRA Receivables Management, LLC
As Agent of Portfolio Recovery Associate
PO Box 41067
Norfolk, VA 23541

Sovereign Bank
c/o Julie Taylor Moran
Orlans Moran, PLC
PO BOX 962169
Boston, MA 02196

Sovereign Bank
c/o Paul J. Mulligan
Orlans Moran, PLC
PO BOX 962169
Boston, MA 02196

R. Bruce Allensworth
Kirkpatrick & Lockhart Preston Gates  ELL
State Street Financial Ctr
One Lincoln Street
Boston, Ma 02111

Gregory N Blase
Kirkpatrick & Lockhart Preston Gates ELL
State Street Financial Ctr
One Lincoln Street
Boston, Ma 02111

David D. Christensen
Kirkpatrick & Lockhart Preston Gates ELL
State Street Financial Ctr
One Lincoln Street
Boston, Ma 02111

Phoebe S. Winder
Kirkpatrick & Lockhart Preston Gates ELL
State Street Financial Ctr
One Lincoln Street
Boston, Ma 02111

/s/ John S. McNicholas
John S. McNicholas, Esquire
BBO#546542
Korde and Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, Ma 01824
Tele: (978) 256-1500 ext. 203
jmcnicholas@kordeassoc.com