UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
|---|---|
| Alexander V. Brown | Chapter 13 |

**ASSENTED TO MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC. ASSET BACKED PASS THROUGH CERTIFICATES SERIES ARSI 2006-M3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006 TO ENLARGE OBJECTION DEADLINE**

Now comes Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series ARSI 2006-M3 under the Pooling and Servicing Agreement dated as of September 1, 2006 and respectfully requests an order enlarging the deadline for filing an objection to Debtor Counsel's Application for Compensation (document no. 464) from May 17, 2010 to May 21, 2010.  Per the terms of the Court's Order of April 19, 2010 (document no. 458) any objection to the Fee Application was to be filed within seven days of the filing of such application (May 10, 2010).

As grounds for said motion, undersigned counsel for Deutsche Bank states that he is reviewing the application for compensation with his client and requires additional time for review prior to filing a response with the Court.  Debtor's Counsel has assented to this motion.

Wherefore, Deutsche Bank requests that the deadline for filing a response be enlarged from May 17, 2010 to May 21, 2010.

Dated:  May 17, 2010

09-053756 / BK02

Respectfully submitted,
Deutsche Bank National Trust Company as Trustee
of Ameriquest Mortgage Securities Inc. Asset
Backed Pass Through Certificates Series ARSI
2006-M3 under the Pooling and Servicing
Agreement dated as of September 1, 2006
by its attorney,

/s/ John S. McNicholas
John S. McNicholas, Esquire
BBO# 546542
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500 ext. 203
jmcnicholas@kordeassoc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 07-12746-JNF |
| Alexander V. Brown | Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, John S. McNicholas, Attorney for **Deutsche Bank National Trust Company as Trustee of Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates Series ARSI 2006-M3 under the Pooling and Servicing Agreement dated as of September 1, 2006 and/or its successors and assigns** hereby certify that on May 17, 2010 I electronically filed the foregoing *Assented to Motion to Enlarge Objection Deadline* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants;

John Fitzgerald, U.S. Trustee
Carolyn Bankowski, Trustee
David G. Baker, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Alexander V. Brown
126 Msgr. Lyden Way
Dorchester, MA 02124

    /s/ John S. McNicholas
John S. McNicholas, Esquire
BBO# 546542
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
jmcnicholas@kordeassoc.com

09-053756 / BK02